| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 6:24-CR-013** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **JUSTIN TAYLOR** | ) | |

## <u>GOVERNMENT'S NOTICE OF PLEA AGREEMENT</u>

NOW COMES the United States of America, by and through Jill E. Steinberg, United States Attorney for the Southern District of Georgia, and pursuant to 18 U.S.C. §3161(h)(1)(G), notifies the Court that a plea agreement has been reached by the parties which would dispose of the charges pending in the above-captioned case against the defendant. A copy of the plea agreement has been provided to the Court for its consideration. The government respectfully requests that the Court schedule a Rule 11 proceeding and accept the defendant's plea as set forth in the proposed agreement.

Respectfully submitted,

JILL E. STEINBERG
UNITED STATES ATTORNEY

***/s/ Darron J. Hubbard***
Darron J. Hubbard
Assistant United States Attorney
IL Bar No. 6313078
P.O. Box 8970
Savannah GA 31412
darron.hubbard@usdoj.gov
912-652-4422

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 22th day of July 2024.

<div style="margin-left: 40%;">

Respectfully submitted,

JILL E. STEINBERG
UNITED STATES ATTORNEY

***<u>/s/ Darron J. Hubbard</u>***
Darron J. Hubbard
Assistant United States Attorney
IL Bar No. 6313078
P.O. Box 8970
Savannah GA 31412
darron.hubbard@usdoj.gov
912-652-4422

</div>